FRANK & ASSOCIATES, P.C.
500 Bi-County Blvd., Suite 112N
Farmingdale, New York 11735
Telephone: (631) 756-0400
Facsimile: (631) 756-0547
Neil M. Frank, Esq. (NF-0521)
Peter A. Romero, Esq. (PR-1658)

*Counsel to Eugenia Ayuso, Fabian Cabrales,
Richard Gazer and Donaldo Mack*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**In re:**

**THE NEW YORK RACING ASSOCIATION, INC.,**

Debtor.

Case No.: 06-12618 (JMP)

Chapter 11

---

## NOTICE OF APPEAL

Eugenia Ayuso, Fabian Cabrales, Richard Gazer, and Donaldo Mack, Creditors, appeal under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the Order Denying Emergency Motions of Eugenia Ayuso, Fabian Cabrales, Richard Gazer, Antonio Garcia and Donaldo Mack for the Entry of an Order Extending the Claims Bar Date and to Permit Late Filings of Proofs of Claim, entered by the United States Bankruptcy Court for the Southern District of New York (Hon. James M. Peck) on March 7, 2008.

The names of all parties to the Order appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

Appellants Eugnia Ayuso, Fabian Cabrales, Richard Gazer, Donaldo Mack
Frank & Associates, P.C.
500 Bi-County Boulevard, Suite 112N
Farmingdale, New York 11735
(631) 756-0400
Attn: Neil M. Frank, Esq. and Peter A. Romero, Esq.

The New York Racing Association, Inc.
Weil, Gotshal & Manages
767 Fifth Avenue
New York, New York 10163
(212) 310-8000
Attn: Brian S. Rosen, Esq.

The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
(212) 510-0500
Attn: Brian Masumoto, Esq.

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Attorneys for the Official Committee of Unsecured Creditors
599 Lexington Avenue
New York, New York 10022
(212) 536-4097
Attn: Jeffrey N. Rich, Esq.

Paul, Weiss, Rofkind, Wharton & Garrison LLP
Attorneys for the New York State Non-Profit Racing Association Oversight Board
1285 Avenue of the Americas
New York, New York 10019
(212) 873-3000
Attn: Alan W. Kornberg, Esq and Kelley Cornish, Esq.

The Office of the New York State Attorney General
The Capital
Albany, New York 12224
(518) 474-7330
Attn: Nancy Hershey Lord, Esq. and Neal S. Mann, Esq.

Dated: Farmingdale, New York
       March 17, 2008

                         Signed:   /s Peter A. Romero
                         Neil M. Frank, Esq. (NF-0521)
                         Peter A. Romero, Esq. (PR-1658)
                         Frank & Associates, P.C.
                         500 Bi-County Boulevard, Suite 112N
                         Suite 12N
                         Farmingdale, New York 11735
                         (631) 756-0400