**MEMO ENDORSED**

# FRANK & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
500 Bi-County Boulevard, Suite 112N • Farmingdale, New York 11735
Tel: (631) 756-0400 • Fax: (631) 756-0547
E-Mail: nfrank@laborlaws.com

Neil M. Frank

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

May 6, 2008

**VIA FACSIMILE (212) 805-7949**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ayuso et al. v. The New York Racing Association, Inc.* 08-CV-3785

Your Honor:

This firm represents the appellants in the above-referenced appeal to the Southern District form an Order of the Bankruptcy Court, dated March 7, 2008. I write to respectfully request an enlargement of appellants' time to file their initial brief, from May 7, 2008 to June 8, 2008. There have been no prior requests to modify the briefing schedule. This request is necessary because of the recent unexpected departure of four (4) associates from our firm, including Pamela J. Eisner, the attorney assigned to this matter in our office. Moreover, prior to her departure, Ms. Eisner advised the firm that she had been informed by the Court that a briefing schedule would be established by the Court in consultation with the attorneys for the respective parties. Yesterday, however, we received a letter from Debtor's counsel, Garrett Fail, Esq. of Weil, Gotshal & Manges, advising that the appellant's initial brief is due on May 7, 2008.

Prior to writing this letter, I contacted Mr. Fail to obtain his consent to an extension of appellants' time to file the initial brief. Unfortunately, Mr. Fail refused to extend a professional courtesy based upon his belief that appellants would be unlikely to succeed on appeal. The appellants respectfully submit that Mr. Fail's assessment of the merits of the appeal is not relevant to whether an enlargement of time should be granted. Mr. Fail did not identify any way in which NYRA would be prejudiced should this application be granted. The extension is necessary to ensure that a new attorney will have adequate time to familiarize herself with the file and to prepare the initial brief.

Thank you for your kind consideration of this request.

*Handwritten endorsement:* Having considered appellants' attorney's letter of May 6 and appellee's letter of May 6, the time for appellants to file their initial brief is extended to June 8, 2008. SO ORDERED. /s/ 5-7-08

---

~ Employment, Labor Relations and Benefits Litigation ~

Hon. P. Kevin Castel
May 6, 2008
Page 2

*Respectfully submitted,*

**FRANK & ASSOCIATES, P.C.**

Peter A. Romero

cc:   Garrett Fail, Esq. via fax (212) 310-8007