```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Eugenia Ayuso, et al.
          Appellant,

- against -

The New York Racing Association Inc.
          Appellee.
------------------------------------------------------------x

08 Civ. 3785 (PKC)
BANKRUPTCY APPEAL
REVISED SCHEDULING ORDER

06-B-12618 (JMP)

P. KEVIN CASTEL, District Judge:

  The above-captioned bankruptcy appeal has been assigned to me for all purposes. The appeal was docketed in the District Court on April 22, 2008.

  The filing of appeal briefs is not excused in this case. Appellants shall serve and file their initial brief on or before June 9, 2008. Appellee shall serve and file its brief on or before July 28, 2008. Appellants may serve and file a reply brief on or before August 18, 2008.

  THE FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN DISMISSAL OF THE APPEAL (IN THE CASE OF APPELLANT) OR CONSIDERATION OF THE APPEAL WITHOUT AN APPELLEE'S BRIEF (IN THE CASE OF THE APPELLEE).

  The premotion conference requirement under my Individual Practices is waived for any party moving to dismiss an appeal for failure to comply with this Order. See In re Christine Charter Lynch, 430 F.3d 600 (2d Cir. 2005) (per curiam).

  SO ORDERED.

                     P. Kevin Castel
                     United States District Judge

Dated: New York, New York
    May 9, 2008